1

**UNITED STATES DISTRICT COURT**

2

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

3

4

5

6

7

8

9

| | |
|---|---|
| MATHEW M. LAKOTA,                                )<br>                                                    )<br>                      Plaintiff (s)                )<br>                      v.                            )<br>                                                    )<br>                                                    )<br>CHIEF JUSTICE RONALD M. GEORGE,  )<br>                                                    )<br>                      Defendant (s)               )<br>_____ ) | CASE  NO. C-07-4575 MEJ<br><br>**NOTICE OF IMPENDING<br>REASSIGNMENT TO A<br>UNITED STATES<br>DISTRICT COURT JUDGE** |

10      The Clerk of this Court will now randomly reassign this case to a United States District Judge

11 because either:

12 _____   (1)  One or more of the parties has requested reassignment to a United States District Judge, or

13 _X_   (2)  One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining

14 order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents

15 have not been secured, and time is of the essence.

16 _____   (3)  One or more of the parties is without counsel and have not made the necessary consent to

17 proceed before a Magistrate Judge within 30 days.

18

      All previous hearing dates are hereby  **VACATED.**

19

20  Dated:   September 6, 2007

21

22                                    _____
                                    Maria-Elena James
                                    United States Magistrate Judge

23

24

25                                    _____
                                    By: Brenda Tolbert, Deputy Clerk

26

27

28