IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MATHEW M. LAKOTA,

    Plaintiff,

    v.

CHIEF JUSTICE RONALD M. GEORGE,

    Defendant
_____/

No. C-07-4575 MMC

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Before the Court is "Plaintiff's Motion for Reconsideration of Court's Decision," filed October 9, 2007, by which plaintiff seeks reconsideration of the Court's September 17, 2007 dismissal of his complaint.

In his complaint, plaintiff sought a declaration that § 391(b)(1) of the California Code of Civil Procedure, which addresses vexatious litigants, is unconstitutional, and an injunction directing the Judicial Council of California to remove plaintiff's name from a list of vexatious litigants. In dismissing plaintiff's complaint, the Court found plaintiff's claims were "inextricably intertwined with the merits of a judgment rendered in a state court proceeding," specifically a state trial court's denial of plaintiff's petition to rescind an earlier-issued order placing plaintiff's name on a list of vexatious litigants, as well as the California Court of Appeal's denial of plaintiff's petition for a writ of mandamus with respect to said state court's decision. (See Order Dismissing Complaint at 1:23-2:18.)

1    Plaintiff argues that the Court erred, in light of Wolfe v. Strankman, 392 F. 3d 358
2 (9th Cir. 2004), which found that the district court therein had jurisdiction to consider a
3 plaintiff's challenge to the constitutionality of a vexatious litigant statute. See id. at 362-64.
4 Unlike the instant case, however, "there was no vexatious litigant order entered against [the
5 plaintiff in Wolfe] at the time he filed in district court." See id. at 363. Consequently, the
6 holding in Wolfe does not assist plaintiff herein.
7    Accordingly, plaintiff's motion is hereby DENIED.
8    **IT IS SO ORDERED.**

10 Dated: October 26, 2007

MAXINE M. CHESNEY
United States District Judge