FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 13 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: MATHEW M. LAKOTA. | No. 07-75104 |
| MATHEW M. LAKOTA, | D.C. No. CV-07-04575-MMC<br>Northern District of California,<br>San Francisco |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, | |
| Respondent, | |
| HON. RONALD M. GEORGE, | |
| Real Party in Interest. | |

Before:  T.G. NELSON, TASHIMA and BYBEE, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

RB/MOATT

A TRUE COPY
ATTEST 3/13/08
CATHY A. CATTERSON
Clerk of Court

by: _____
Deputy Clerk

07-75104

No motions for reconsideration, rehearing, clarification, or any other submissions shall be filed or entertained in this closed docket.

RB/MOATT                                   2

07-75104 Lakota, et al v. USDC-CAN

| | |
|---|---|
| MATHEW M. LAKOTA<br>    Petitioner | Mathew M. Lakota<br>Direct: 707-857-1869<br>[NTC Pro Se]<br>1083 Vine St<br>Healdsburg, CA 95448-0000 |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA<br>    Respondent | U.S. Attorney, Esq.<br>[NTC]<br>USSF - OFFICE OF THE U.S. ATTORNEY<br>11th Floor<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-0000 |
| RONALD M. GEORGE, Judge<br>    Real Party in Interest | U.S. Attorney, Esq.<br>[COR LD NTC Assist US Attorney]<br>(see above) |